### WILLIAM DAVIS v. M. L. STEINBERGER'S ADMR.

Appeal and Error—Conflicting Testimony—Verdict Will Not be Disturbed.
>    Where there is an apparent diversity in the evidence the court of
>    appeals will not disturb the verdict of twelve jurors who saw and heard
>    the witnesses.

APPEAL FROM HICKMAN CIRCUIT COURT.

November 27, 1869.

OPINION OF THE COURT BY JUDGE ROBERTSON:

The testimony is vexatiously conflicting on the decisive question
of identity. That of Hall who raised the appellee's mule and of
Zimmerman who sold it to Steinberger, is so positive and explicit
as to its peculiar identifying marks, as to incline the preponder-
ance in the appellee's favor. But however this may be, there is
such an apparent diversity as not to allow this court to disturb
the verdict of twelve jurors who saw and heard the witnesses.

Wherefore the judgment is *affirmed*.

*Lindseys, Bullock, for appellant.*

*Lindsay & Moss, for appellee.*